
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James E. Knight**                    **Docket No. 5:15-MJ-1093-1**

### Petition for Action on Probation

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James E. Knight, who, upon an earlier plea by waiver of guilty to Damage to Personal Property, in violation of 18 U.S.C. § 661, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on October 5, 2016, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 14, 2016, the defendant signed an admission that he used marijuana on October 12, 2016. The defendant is being supervised by USPO Rachel Snyder in the District of Maryland. Due to the admission of drug use, USPO Snyder wants to refer the defendant to substance abuse treatment. Furthermore, we will be proceeding with transfer of jurisdiction in this case so that the District of Maryland can handle any future violations in a timely manner. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: November 2, 2016

### ORDER OF THE COURT

Considered and ordered this _2nd_ day of _November_ , 2016, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge